IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAMES MCCREARY, #1370831 | § | |
| VS. | § | CIVIL ACTION NO. 6:11cv559 |
| JEFFERY RICHARDSON | § | |

O R D E R

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation (docket entry #24) to deny Plaintiff's motion for a default judgment or, alternatively, for an order to the Defendant to disclose, answer interrogatories and admissions (docket entry #21). The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Plaintiff's motion for a default judgment or, alternatively, for an order to the Defendant to disclose, answer interrogatories and admissions (docket entry #21) is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 10th day of April, 2012.**

*/s/ Michael Schneider*

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE